UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISNEY ENTERPRISES, INC.,

*Plaintiff,*

-against-

VPIHC GROUP LLC, FRANK DA COSTA, LUIS LAINEZ, and JUAN PABLO PALOMO,

*Defendants.*

Case No. 6:24-CV-1260-CEM-EJK

**JOINT MOTION FOR ENTRY OF STIPULATED PERMANENT INJUNCTION AND FINAL ORDER AS TO DEFENDANT JUAN PABLO PALOMO**

Plaintiff, Disney Enterprises, Inc., ("DEI" or "Plaintiff") and Defendant Juan Pablo Palomo ("Palomo" or "Defendant"), hereby jointly move this Court for the entry of the attached Stipulated Permanent Injunction and Final Order, attached herein as Exhibit 1, which would resolve this case as to Palomo. This Stipulated Permanent Injunction and Final Order does not resolve claims against the remaining defendant, Frank Da Costa.

Dated this 23rd day of December 2024.

/s/ Michael W.O. Holihan
Michael W. O. Holihan, Esq.
Florida Bar No.: 0782165

/s/ Juan Pablo Palomo
Juan Pablo Palomo, individually
juanpa@juanpa.art

Kimberly A. Harchuck, Esq.  juanppalomo@gmail.com
Florida Bar No.: 0064852
Holihan Law
1101 North Lake Destiny Rd., Ste 400
Maitland, Florida 32751
Telephone: (407) 660-8575
michael.holihan@holihanlaw.com
kimberly.harchuck@holihanlaw.com
Attorneys for Disney Enterprises, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2024, a true and correct copy of the foregoing was furnished by electronic mail to the following:

Juan Pablo Palomo
Email: juanpa@juanpa.art
juanppalomo@gmail.com

/s/ Michael W.O. Holihan
Michael W. O. Holihan
Florida Bar No.: 0782165
Lead Counsel
Kimberly A. Harchuck
Florida Bar No.: 0064852
Holihan & Harchuck
1101 N. Lake Destiny Rd., Suite 400
Maitland, Florida 32751
Telephone: (407) 660-8575
michael.holihan@holihanlaw.com
kimberly.harchuck@holihanlaw.com
Attorneys for Disney Enterprises, Inc.