UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISNEY ENTERPRISES, INC.,

        Plaintiff,

v.

VPIHC GROUP LLC, FRANK DA
COSTA, LUIS LAINEZ, and JUAN
PABLO PALOMO

        Defendants.

Case No. 6:24-CV-1260-CEM-EJK

## STIPULATED PERMANENT INJUNCTION
## AND FINAL ORDER AGAINST JUAN PABLO PALOMO

This matter comes before the Court upon the Joint Motion for Entry of Stipulated Permanent Injunction and Final Judgment (the "Motion") submitted by Disney Enterprises, Inc. ("DEI" or "Plaintiff"), and Juan Pablo Palomo ("Palomo" or "Defendant"). The Motion is unopposed and therefore the parties voluntarily enter this Stipulated Permanent Injunction and Final Order (the "Final Order"). Upon consideration of the Motion, this Court being fully aware of the premises, makes the following findings of fact and conclusions of law:

1.     Defendant has stipulated that this Court has jurisdiction over Plaintiff, Defendant, the subject matter of this litigation, and the above-styled action.

2.     Defendant has stipulated that Plaintiff is the owner of the copyrighted properties identified in the federal copyright registrations indexed and attached hereto as Exhibit A, as well as the distinctive trademarks identified in the federal trademark registrations indexed and attached hereto as Exhibit B. The copyrighted properties and trademarks identified in Exhibits A and B of this Final Order will collectively be referred to as "Plaintiff's Properties." Defendant agrees that the respective registrations are valid, subsisting, and conclusive proof of Plaintiff's rights to Plaintiff's Properties.

3.     Defendant has stipulated and acknowledged Plaintiff's Properties include the exclusive rights to its copyrighted and trademarked Mickey Mouse and Minnie Mouse properties, which include, but are not limited to the Mickey Mouse design mark  [Reg. No. 2,704,887], Minnie Mouse design mark  [Reg. No. 5,027,915], three circle mouse ear device trademark  [Reg. Nos. 2,784,058 and 5,670,367], and stylized Mickey Mouse Ear Hat , used in conjunction with apparel, jewelry, accessories, retail services, as well as the distinctive Mickey Mouse and Minnie Mouse ear headwear ("MM Ear Designs") as better identified in Exhibit C. The MM Ear Designs have been used by Plaintiff for

over 65 years, resulting in the proliferation of substantial good will and association with Plaintiff and Plaintiff's products and services.

4.     Plaintiff brought this action against Defendant, alleging claims of copyright infringement, trademark infringement and counterfeiting, unfair competition, and cybersquatting.

5.     Plaintiff's action arose out of Defendant's infringement of DEI's Properties through its operation and marketing of a business education and certification program titled *Disney Executive Bootcamp* which offers Spanish language "Disney Cultural Immersion" and training on the "Disney Signature Method" of customer service to Latin American consumers. DEI alleges that DEB, in providing its *Disney Executive Bootcamp* business education and certification services, traded upon Plaintiff's Properties in a wholesale fashion to connect Defendant's unauthorized and unapproved services with DEI's business education and training services (hereinafter referred to as the "Unauthorized Services"). Defendant sells, markets, advertises, and offers for sale its Unauthorized Services through a multi-platform network of websites and social media accounts owned, operated, or otherwise controlled by Defendants, including, but not limited to:

     a.     The interactive commercial website found at certificaciondisney.com; and

b.      Social media pages, profiles, groups, and accounts on platforms such as Facebook, Instagram, TikTok, and YouTube (collectively, the "DEB Social Media"), as identified in the URL's indexed and attached as Exhibit D.

6.      Defendant has never been authorized by Plaintiff to operate any retail business, including any business education and certification program, online or otherwise, including but not limited to the Unauthorized Services, or to manufacture, market, sell, or offer for sale, any service bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of Plaintiff's Properties, or any design of a substantially similar appearance to Plaintiff's Properties.

7.      Plaintiff has suffered irreparable injury as a result of Defendant's marketing, sale, offering for sale, presentation, and/or distribution of the Unauthorized Services, which are offered in conjunction with unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Plaintiff's Properties, or any design of a substantially similar appearance to the Plaintiff's Properties. Plaintiff will continue to suffer irreparable harm and injury should this Court not issue a permanent injunction enjoining such actions by Defendant.

8.      Defendant has stipulated and agreed to entry of a Permanent Injunction and Final Order, forever enjoining him from marketing, selling, offering for sale,

distributing, or commercial exploitation of any kind, of any service including the Unauthorized Services, bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of Plaintiff's Properties, or any design of a substantially similar appearance to Plaintiff's Properties.

Accordingly, it is ORDERED and ADJUDGED as follows:

a. A Permanent Injunction is entered as to Defendant, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Defendant, his agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of this Final Order by personal service or otherwise, from the following actions:

    i. Manufacturing, marketing, selling, offering for sale, and distributing any services, including the Unauthorized Services, not authorized by Plaintiff and bearing or associated with unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of Plaintiff's Properties, or bearing any design of a substantially similar appearance to Plaintiff's Properties, as identified or otherwise depicted in Exhibits A-C to this Order;

ii. Passing off, inducing, or enabling others to sell or pass off, as authentic services produced or otherwise authorized by Plaintiff, any service not originating, authorized or produced by Plaintiff, or produced under the control or supervision of, and/or approved by Plaintiff, which infringe the intellectual property rights vested in any of Plaintiff's Properties as identified or otherwise depicted in Exhibits A-C to this Order, including but not limited to the Unauthorized Services;

iii. Committing any act, including making false statements or representations, suggesting or otherwise causing purchasers to believe that services or products from Defendant are those sold under the control or supervision of Plaintiff, or affiliated, sponsored, approved, or guaranteed by Plaintiff, or connected with and produced under the control or supervision of Plaintiff, including, but not limited to any training or instruction on Disney customer service, Disney business operations, training for Disney employees, or training provide for by or sponsored by Disney Institute;

iv. Making any false representation that Defendant is connected, associated, and/or sponsored by the Plaintiff in any way in

connection with any services or goods distributed, marketed, advertised, sold or offered for sale by Defendant, including but not limited to the Defendant representing that he is:

    a.  a "Disney executive,"

    b.  a "Disney facilitator,"

    c.  a "Disney trainer,"

    d.  a "Disney leader,"

    e.  the recipient of any specialized Disney training,

    f.  a Disney representative for Latin America,

    g.  a Disney employee or connected to any DEI entity or organization, and

    h.  a "specialist" in "Disney Culture," "Disney Storytelling," "Disney Leadership" and/or "Disney Innovation,"

v.  Further diluting and infringing upon Plaintiff's rights in Plaintiff's Properties, or otherwise damaging the goodwill associated with the same;

vi.  Using Plaintiff's Properties in any unauthorized manner, including in conjunction with the creation of any products, the

7

provision of retail services, and/or generating revenue derived from online content;

    vii.  Effecting corporate assignments or transfers, forming new entities or associations, or utilizing any procedure or device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subsections a(i-vi) above; and

    viii.  Causing, aiding, or abetting any person(s) from doing any act proscribed in Subsections a(i-vii) above.

b. Defendant shall deliver for destruction any and all physical goods utilized in the marketing, distribution, offer for sale, promotion and/or presentation of the Unauthorized Services in their possession or under their control bearing any of Plaintiff's Properties or any simulation, reproduction, counterfeit, copy, or colorable imitation thereof, as well as any devices, or software used in the marketing, sale, offer for sale or presentation of the Unauthorized Services, to Plaintiff's counsel or their authorized representatives. Defendant shall work with Plaintiff's counsel to arrange for this transfer at a mutually convenient time and date, but no later than twenty (20) days from entry of this Order.

c.  Defendant shall report to the Court, within forty-five (45) days after the Permanent Injunction is entered, to show compliance with Sections a-b above.

d.  Defendant Juan Pablo Palomo has stipulated to entry of a judgment against the Defendant and in favor of Plaintiff, in the total amount of Twenty Thousand USD ($20,000.00), upon which execution may issue.

It is further ORDERED and ADJUDGED,

a.  The Court shall retain jurisdiction of this action for purposes of enforcing injunctive relief and this Final Order, by way of contempt or otherwise. Defendant agrees not to contest the validity of Plaintiff's Properties in any such proceedings.

b.  The parties waive appeal of this Final Order.

c.  The case is dismissed with prejudice, subject to the Permanent Injunction and remaining in full force and effect, with each party to bear its respective attorney's fees and costs as related to this action. All pending motions are denied as moot. All hearings, trial settings, and deadlines are canceled.

d.   The Clerk of the Court is directed to close this case as to this Defendant Juan Pablo Palomo.

DONE AND ORDERED in chambers, in Orlando, Florida, this _____ day of

November, 2024.

_____
CARLOS E. MENDOZA
United States District Judge

The foregoing has been stipulated by the following:

[Signatures Next Page]

Date:    11/26/2024                              Date:    26/11/2024

Michael W. O. Holihan, Esq.                      Juan Pablo Palomo, individually
Florida Bar No.: 0782165
Kimberly A. Harchuck, Esq.
Florida Bar No.: 0064852
Holihan Law
1101 North Lake Destiny Rd., Ste 400
Maitland, Florida 32751
Telephone: (407) 660-8575
michael.holihan@holihanlaw.com
kimberly.harchuck@holihanlaw.com
Attorneys for Disney Enterprises, Inc.

# EXHIBIT A

Ex. A: Plaintiff's Copyright Registration Index

| Character | Copyright Reg. No. | Title of Work | Type of Work |
|---|---|---|---|
| Anna | VA 1-887-054 | Disney Frozen Product Development Portfolio FH13 Update | Product Development Portfolio |
| Ariel | VA 851-710 | The Little Mermaid | Style Guide |
| Ariel | TX 5-520-621 | The Disney Princess Branding Guide 2002-2004 | Branding Guide |
| Ariel | VAu 143-283 | The Little Mermaid | Licensing Kit |
| Bambi | VA 124-730 | Disney Character Guide | Pamphlet of Drawings |
| Bashful | VA 1-893-848 | Disney Princess: Snow White – The Fairest One of All | Style Guide |
| Bashful | Gp 81524 | Bashful | Model Sheet |
| Bob Parr Mr. Incredible | VA 1-242-351 | The Incredibles | Style Guide |
| Buzz Lightyear | VA 1-800-737 | Toy Story 3 | Style Guide |
| Buzz Lightyear | VA 735-197 | Toy Story | Style Guide |
| Buzz Lightyear | VAu 455-926 | Toy Story 2 | Style Guide |
| Broom and Buckets | VA 2-211-148 | Fantasia Foundation Guide | Product Development Portfolio |
| Broom and Buckets | VA 2-226-116 | Fantasia Starry Skies | Product Development Portfolio |
| Buzz Lightyear | VA 735-197 | Toy Story | Style Guide |
| Cinderella | VA 1-831-706 | Cinderella Branding and Packaging | Branding & Packaging Guide |
| Cinderella | TX 5-520-621 | The Disney Princess Branding Guide 2002-2004 | Branding Guide |
| Daisy Duck | Gp 81520 | Daisy Duck | Model Sheet |
| Doc | VA 1-893-848 | Disney Princess: Snow White – The Fairest One of All | Style Guide |
| Doc | Gp 81529 | Doc | Model Sheet |

| Character | Copyright Reg. No. | Title of Work | Type of Work |
|---|---|---|---|
| Donald Duck | VA 124-730 | Disney Character Guide | Pamphlet of Drawings |
| Donald Duck | Gp 80184 | Donald Duck | Model Sheet |
| Dopey | VA 1-893-848 | Disney Princess: Snow White – The Fairest One of All | Style Guide |
| Dopey | Gp 81522 | Dopey | Model Sheet |
| Dory | VA 1-162-469 | Finding Nemo – Spring 2003 | Style Guide |
| Dumbo | VA 2-133-757 | Disney Dumbo Heritage Guide Portfolio Version | Portfolio Guide |
| Elsa | VA 1-887-054 | Disney Frozen Product Development Portfolio FH13 Update | Product Development Portfolio |
| Goofy | VA 124-730 | Disney Character Guide | Pamphlet of Drawings |
| Goofy | VA 58-936 | Goofy-1 | Model Sheet |
| Goofy | Gp 80187 | Goofy | Model Sheet |
| Grumpy | VA 1-893-848 | Disney Princess: Snow White – The Fairest One of All | Style Guide |
| Grumpy | R 346876 | Grumpy | Model Sheet |
| Happy | VA 1-893-848 | Disney Princess: Snow White – The Fairest One of All | Style Guide |
| Happy | R 346871 | Happy | Model Sheet |
| Jack Sparrow | VA 1-403-678 | Pirates of the Caribbean Dead Mans Chest | Style Guide |
| Jack Sparrow | VA 1-369-221 | Pirates of the Caribbean – Umbrella Branding Guide | Style Guide |
| Jessie | VA 1-800-737 | Toy Story 3 | Style Guide |
| Jessie | VAu 455-926 | Toy Story 2 | Style Guide |
| Lightening McQueen | VA 1-320-323 | Cars | Style Guide |
| Mickey Mouse Full Body | VA 1-886-838 | Disney Mickey Mouse: Mickey And Friends Foundation Guide | Foundation Guide |
| Mickey Mouse | VAU 264-118 | Partners | Artwork |

Ex. A: Plaintiff's Copyright Registration Index [Cont'd.]

| Character | Copyright Reg. No. | Title of Work | Type of Work |
|---|---|---|---|
| Mickey Mouse | VA 2-056-530 | Disney Mickey Mouse – Adult Branding Version | Style Guide |
| Mike Wazowski | VA 999-982 | Monsters, Inc. | Style Guide |
| Minnie Mouse | VA 1-857-568 | It's All About Minnie | Style Guide |
| Minnie Mouse | Gp 80191 | Minnie Mouse | Model Sheet |
| Minnie Mouse | VA 58-938 | Minnie - 1 | Model Sheet |
| Olaf | VAu 1-155-858 | Frozen - Olaf | Model Sheets |
| Oswald The Lucky Rabbit | VAu 1-463-102 | D100 Oswald Moments | Style Guide |
| Partners | VAU 264-118 | Partners | Artwork |
| Peach | VA 1-162-469 | Finding Nemo – Spring 2003 | Style Guide |
| Pluto | Gp 80192 | Pluto Publications Model Sheet | Model Sheet |
| Pluto | VA 124-730 | Disney Character Guide | Pamphlet of Drawings |
| Rapunzel | VA 1-729-798 | Tangled Branding and Packaging Guidelines | Branding Guide |
| Simba | VA 611-201 | The Lion King | Licensing Kit |
| Simba | VAu 246-447 | The Lion King – Simba | Model Sheet |
| Sleepy | VA 1-893-848 | Disney Princess: Snow White – The Fairest One of All | Style Guide |
| Sleepy | Gp 81526 | Sleepy | Model Sheet |
| Sneezy | VA 1-893-848 | Disney Princess: Snow White – The Fairest One of All | Style Guide |
| Sneezy | R 346873 | Sneezy | Model Sheet |
| Snow White | VA 1-893-848 | Disney Princess: Snow White – The Fairest One of All | Style Guide |
| Snow White | TXu 546-761 | Snow White & the Seven Dwarfs | Licensing Kit |
| Snow White | TX 5-520-621 | The Disney Princess Branding Guide 2002-2004 | Branding Guide |

Ex. A: Plaintiff's Copyright Registration Index [cont'd.]

| CHARACTER | COPYRIGHT REG. NO. | TITLE OF WORK | TYPE OF WORK |
|---|---|---|---|
| Sorcerer Mickey | VA 124-730 | Disney Character Guide | Pamphlet of Drawings |
| The Little Mermaid | PA 431-543 | The Little Mermaid | Style Guide |
| Three Circles Design | VA 1-812-381 | Simply Mickey Fashion & Home P- Infant | Style Guide |
| Three Circles Design | VA 2-056-530 | Disney Mickey Mouse Adult | Branding Guide |
| Timon | VA 611-201 | The Lion King | Licensing Kit |
| Timon | VAu 245-662 | The Lion King - Timon | Model Sheet |
| Tinker Bell | VA 1-110-867 | Tinker Bell Style Guide | Style Guide |
| Tinker Bell | VA 891-493 | Disney Classics – Volume II | Style Guide |
| Walt Disney | VAU 264-118 | Partners | Artwork |
| Winnie the Pooh | VA 1-369-225 | Winnie the Pooh Foundation Art | Style Guide |
| Winnie the Pooh | VA 58-940 | Pooh – 1 (Winnie the Pooh) | Model Sheet |
| Winnie the Pooh | VA 124-730 | Disney Character Guide | Pamphlet of Drawings |
| Winnie the Pooh | VA 608-558 | "Pooh" – Winnie the Pooh | Licensing Kit |
| Woody | VA 1-800-737 | Toy Story 3 | Style Guide |
| Woody | VA 735-197 | Toy Story | Style Guide |
| Woody | VAu 455-926 | Toy Story 2 | Style Guide |
| | TX 9-315-055 | Liderando Excelencia en el Servicio - HRG Latin America | Work Book |

EXHIBIT B

Ex. B : Plaintiff's Trademark Registration Index

| Mark | Design | Trademark Reg. No. | Date of Issuance | Class |
|---|---|---|---|---|
| Castle |  | 4,006,387 | Aug. 2, 2011 | 009 |
| DISNEY | DISNEY | 2,888,282 | Sept. 28, 2004 | 009 |
| DISNEY | DISNEY | 3,088,198 | May 2, 2006 | 025 |
| DISNEY | DISNEY | 3,340,426 | Nov. 20, 2007 | 025 |
| DISNEY | DISNEY | 3,432,510 | May 20, 2008 | 028 |
| DISNEY | DISNEY | 4,063,531 | Nov. 29, 2011 | 018, 020, 021, 024 |
| DISNEY | DISNEY | 4,067,997 | Dec. 6, 2011 | 041 |
| DISNEY | DISNEY | 5,912,700 | Nov. 19, 2019 | 035 |
| Disney |  | 5,312,434 | Oct. 17, 2017 | 025 |
| DISNEY INSTITUTE | DISNEY INSTITUTE | 4,294,726 | Feb. 26, 2013 | 041 |
| Magicband design Stylized Mouse Ears in Outer Circle |  | 4,768,508 | July 7, 2015 | 009 |
| Magicband design Stylized Mouse Ears in Outer Circle |  | 4,556,694 | June 24, 2014 | 041 |

E X. B : P LAINTIFF' S T RADEMARK R EGISTRATION I NDEX

| M ARK | D ESIGN | T RADEMARK R EG. N O. | D ATE OF I SSUANCE | C LASS |
|-------|---------|----------------------|--------------------|--------|
| Mickey Mouse |  | 3,580,903 | Feb. 24, 2005 | 25 |
| Mickey Mouse |  | 3,587,508 | Mar. 10, 2009 | 021 |
| Mickey Mouse |  | 5,464,657 | May 8, 2018 | 041 |
| Mickey Mouse Ear Hat |  | 1,524,601 | Feb. 14, 1989 | 025 |
| Minnie Mouse |  | 5,027,915 | Aug. 23, 2016 | 028 |
| Oswald the Lucky Rabbit |  | 5,317,926 | Oct. 24, 2017 | 025 |
| Three Circle Mouse Ear Device |  | 2,784,058 | Nov. 18, 2003 | 025 |
| Three Circle Mouse Ear Device |  | 5,670,367 | Feb. 5, 2019 | 014 |
| WALT DISNEY WORLD | WALT DISNEY WORLD | 980,955 | Mar. 26, 1974 | 016, 025, 039, 041, 042 |
| WALT DISNEY WORLD | WALT DISNEY WORLD | 3,142,890 | May 24, 2005 | 039, 043 |

# EXHIBIT C

<u>Ex. C:  MM Ear Design</u>





Ex. C:  MM Ear Design





# EXHIBIT D

<u>Ex. D:  DEB Social Media</u>

**<u>Commercial Websites:</u>**

1.    Juanpa Art
        [https://juanpa.art/ ]

**<u>Instagram.com:</u>**

1.    Juanpa.art (@juanpa.art)
        [https://www.instagram.com/juanpa.art/ ]

2.    Juanpa.Palomo (@juanpa.palomo
        [https://www.instagram.com/juanpa.palomo/ ]

**<u>Facebook.com:</u>**

1.    Juanpa.art (@juanpa.art)
        [https://www.facebook.com/juanpa.art]

**<u>TikTok.com:</u>**

1.    Juanpa.Art
        [https://www.tiktok.com/@juanpa.art]

**<u>Youtube.com:</u>**

1.    Jppalomo
        [https://www.youtube.com/user/Jppalomo]

**<u>Behance</u>**

1.    [https://www.behance.net/juanpaArt ]

2.    [https://www.behance.net/gallery/172559545/Logo-y-materiales-Business-Adventure ]

**<u>MyPortfolio</u>**

1.    https://juanpapalomo.myportfolio.com/disney-business-experience

Ex. D: Page 1 of 1