UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISNEY ENTERPRISES, INC.,

    Plaintiff,

v.

VPIHC GROUP LLC, FRANK DA COSTA, LUIS LAINEZ, and JUAN PABLO PALOMO

    Defendants.

Case No. 6:24-cv-1260-CEM-UAM

**NOTICE OF SETTLEMENT**

    Plaintiff, Disney Enterprises, Inc., by and through their undersigned attorneys, hereby gives notice of Settlement in the matter styled *Disney Enterprises, Inc. v. VPIHC Group LLC d/b/a Disney Executive Bootcamp, Frank Da Costa a/k/a Frank Dacosta a/k/a Frank D'Costa a/k/a Francios DaCosta; Luis Lainez and Juan Pablo Palomo*, Case No. 6:24-cv-01260-CEM-UAM. Stipulated Permanent Injunctions have been filed for Defendant Juan Pablo Palomo [ECF 28], Defendant Luis Lainez [ECF 29], Defendants VPIHC Group and Frank Da Costa [ECF 34]. Entry of the Jointly Stipulated Final Order's will result in the full and final resolution of this matter.

    Dated this 23rd day of May 2025.

/s/ Michael W. O. Holihan
Michael W. O. Holihan
Florida Bar No.: 0782165
Kimberly A. Harchuck

Florida Bar No.: 0064852
Holihan Law
1101 North Lake Destiny Rd., Suite 275
Maitland, Florida 32751
Telephone: (407) 660-8575
Fax: (407) 660-0510
michael.holihan@holihanlaw.com
kimberly.harchuck@holihanlaw.com
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, a true and correct copy of the foregoing was furnished by mail and electronic mail to the following:

VPIHC Group
9874 Moss Rose Way
Orlando, FL 32832
Email: feejjdc@me.com

Frank Da Costa
9874 Moss Rose Way
Orlando, FL 32832
Email: feejjdc@me.com

Juan Pablo Palomo
Email: juanpa@juanpa.art
         juanppalomo@gmail.com

Luis Lainez
VIPSAL 7283TX9SV
P.O Box 025364
Miami, FL 33102-5364
Email: Luislainez.defensa@gmail.com

/s/ Michael W.O. Holihan
Michael W. O. Holihan
Florida Bar No.: 0782165
Lead Counsel
Kimberly A. Harchuck
Florida Bar No.: 0064852
Holihan & Harchuck
1101 N. Lake Destiny Rd., Suite 400
Maitland, Florida 32751
Telephone: (407) 660-8575
michael.holihan@holihanlaw.com
kimberly.harchuck@holihanlaw.com
Attorneys for Disney Enterprises,Inc.